460 A.2d 1074

**COMMONWEALTH of Pennsylvania**

v.

**Eddie RHODES, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 25, 1982.

Decided Dec. 10, 1982.

Reargument Denied March 16, 1983.

Stanley M. Shingles, Philadelphia (court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Gaele McLaughlin Barthold, Asst. Dist. Atty., for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted, 276 Pa.Super. 89, 419 A.2d 109.